**Entered on Docket**
**November 10, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

Stacey Lynn Costa

Debtor(s)

BK 03-19375 MKN
Ch 7

Hearing Date: N/A
Hearing Time: N/A

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $433.08 constituting an unclaimed dividend is declared due to DILKS & KNOPIK.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

DILKS & KNOPIK
c/o Credigy Receivables Inc.
PO Box 2728
Issaquah WA 98027

###